ant do not leave the Sound, on their passage to the city of *New-York.*

1819.

ROCKWELL
v.
FOLSOM.

Order accordingly.(*a*)

(*a*) On *appeal,* this decretal order was unanimously *affirmed,* by the Court for the Correction of Errors, *April* 27th, 1820. Vide 17 *Johns. Rep.* 488—510. S. C.

---

ROCKWELL *against* FOLSOM.

Where a witness is about to depart the state, permanently to reside abroad, the Court, on petition verified by affidavit, and motion for that purpose, will order him to be examined, *de bene esse,* without previous notice of the motion.

ON the petition of the plaintiff, verified by the affidavit of his solicitor, in his absence, that *R. S.* was a material witness for him in the cause, and that he was about to depart in a few days for the *Alabama* territory, and to reside there permanently; *Henry* moved that the plaintiff be at liberty to examine the witness, *de bene esse.* He referred to the case of *Fort* v. *Ragussin,* (2 *Johns. Ch. Rep.* 146.) and stated, that notice of the motion could not well be given in this case; and that it was unnecessary, as a copy of the interrogatories must be previously served upon the defendant, according to the 68th rule of this Court.

*Oct. 7th.*

*Per Curiam.*   Motion granted.